# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (1) David Wright a/k/a Dawud Sharif Wright, a/k/a Dawud Sharif Abdul Khaliq, and (2) Nicholas Rovinski a/k/a Nuh Amriki, a/k/a Nuh Andalusi | ) ) ) ) ) | Case No. 15-1085-DLC |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2015-June 2, 2015** in the county of **Middlesex** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Wright and Rovinski did knowingly conspire with each other, with Ussamah Abdulllah Rahim, and with unknown conspirators to provide material support and resources (as that term is defined in 18 U.S.C. § 2339A(b)(1)), to wit, personnel and services to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant, ISIL, which has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, in violation of 18 U.S.C. § 2339B. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent J. Joseph Galietta, Federal Bureau of Investigation

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent J. Joseph Galietta, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/12/2015

*Judge's signature*

City and state: Boston, MA

Magistrate Judge Donald L. Cabell
*Printed name and title*