JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

City **Everett & Elsewhere**   Related Case Information:

County **Middlesex**   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **15-1079-DLC - 15-1084-DLC**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **David Wright**   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name   **Dawud Sharif Wright a/k/a Dawud Sharif Abdul Khaliq**

Address   (City & State) **Everett, Massachusetts**

Birth date (Yr only): **1989**   SSN (last4#): **2796**   Sex **M**   Race: **B**   Nationality: **USA**

**Defense Counsel if known:**   **Jessica Hedges**   Address **15 Broad Street, Suite 240**

**Bar Number**   _____   **Boston, MA 02109**

**U.S. Attorney Information:**

AUSA   **B. Stephanie Siegmann/Nadine Pellegrini**   Bar Number if applicable _____

Interpreter:   ☐ Yes ☑ No   List language and/or dialect: _____

Victims:   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

Matter to be SEALED:   ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date   **06/02/2015**

☑ Already in Federal Custody as of   **06/02/2015**   in   **Plymouth County**
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   **6/12/2015**   Signature of AUSA: _(signature)_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   David Wright

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. § 2339B | Conspiracy to Provide Material Support to a Foreign Terrorist Organization | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013