IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   vs.<br><br>(1)  David Wright,<br>     a/k/a Dawud Sharif Wright,<br>     a/k/a Dawud Sharif Abdul Wright,<br>     a/k/a Dawud Sharif Abdul Khaliq, and<br><br>(2)  Nicholas Rovinski,<br>     a/k/a Nuh Amriki,<br>     a/k/a Nuh Andalusi,<br><br>                  Defendants. | Case No.  15-MJ-1085-DLC |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

   The United States hereby provides notice to defendants David Wright and Nicholas Rovinski and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1825.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                 By:    /s/ *B. Stephanie Siegmann*
                         B. Stephanie Siegmann
                         Nadine Pellegrini
                         Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

  I hereby certify that this document was filed on June 12, 2015, through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

             /s/ *B. Stephanie Siegmann*
             B. Stephanie Siegmann

Date: June 12, 2015